# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-14-00683-CR
NO. 03-14-00684-CR
NO. 03-14-00685-CR
NO. 03-14-00686-CR
NO. 03-14-00687-CR

**Ex parte Tammy Marie Ybarra**

**FROM THE COUNTY COURT AT LAW OF CALDWELL COUNTY
NOS. 42741, 42930, 43238, 43890, 44176
HONORABLE EDWARD L. JARRETT, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Tammy Marie Ybarra appeals from the trial court's order denying her petition for writ of habeas corpus. *See* Tex. Code Crim. Proc. art. 11.09 (requiring person confined for misdemeanor to file habeas petition in county court where offense committed); *Ex parte Gonzales*, 12 S.W.3d 913, 914 (Tex. App.—Austin 2000, pet. ref'd) (concluding that appellate court has jurisdiction to consider appeal from denial of habeas petition if trial court reached merits of claim), *superseded by statute on other grounds as recognized in Ex parte Villanueva,* 252 S.W.3d 391, 396–97 (Tex. Crim. App. 2008). Ybarra complains that she completed her 300-day jail sentence on October 27, 2014, and that her continued confinement to "lay out" her fines is unlawful. *See* Tex. Code Crim. Proc. art. 43.09(a) (authorizing trial court to confine convicted defendant who is unable to pay fines in county jail for sufficient period to discharge fines at rate of $50 per day if other methods of discharging fine are insufficient).

After Ybarra filed this appeal, we received information from the trial court indicating that she has been released from jail. The State has now confirmed, in a motion to dismiss, that Ybarra was released from jail on December 23, 2014. We therefore dismiss Ybarra's appeal as moot.

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed as Moot

Filed: February 13, 2015